FILED
U.S. DISTRICT COURT
2007 AUG 30 P 3: 42
DISTRICT OF UTAH
BY: ______
DEPUTY CLERK

BRETT L. TOLMAN, U.S. Attorney (#8821)
JEANNETTE F. SWENT, Assistant U.S. Attorney (#6043)
Attorneys for the United States of America
185 South State Street, #300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Associated Local Counsel

Mary Jo O'Neill Az #005924 (Pro Hac Vice)
Sally C. Shanley AZ# 012251 (Pro Hac Vice)
Michelle T. Deutsch NY#3061868 (Pro Hac Vice)
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Phoenix District Office**
3300 North Central Avenue, Suite 690
Phoenix, Arizona 85012
Telephone: (602) 640-4773
Email: mary.oneill@eeoc.gov
sally.shanley@eeoc.gov
michelle.deutsch@eeoc.gov

Attorneys for Plaintiff

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LEHI ROLLER MILLS CO., INC.,<br><br>Defendant. | Civil Case No. ____________<br><br>**COMPLAINT**<br>**JURY TRIAL DEMANDED**<br><br>Case: 2:07cv00649<br>Assigned To : Benson, Dee<br>Assign. Date : 8/30/2007<br>Description: Equal Employment Opportunity Commission v. Lehi Roller Mills |

---

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of age and to provide appropriate relief to James Breece who was adversely affected by such practices. The Commission alleges Defendant Lehi Roller Mills Company ("Lehi Roller Mills" or "Defendant") discriminated against Mr. Breece by discharging him because of his age, 49 at the time of his termination.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Section 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§216(c) and 217.

2. The employment practices alleged to be unlawful were, and are now, being committed within the jurisdiction of the United States District Court for the District of Utah.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA, and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, Lehi Roller Mills has continuously been a Utah company doing business in the State of Utah and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

**STATEMENT OF CLAIMS**

6. More than thirty days prior to the institution of this lawsuit, James Breece filed a charge of discrimination with the Commission alleging a violation of the ADEA by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least March 2003, Defendant has engaged in unlawful employment practices at its Lehi, Utah facility, in violation of Section 623(a)(1) of the ADEA, 29 U.S.C. § 623(a)(1), by terminating Mr. Breece, who was born in 1954, because of his age. During the relevant time period, Defendant's management also made age-biased comments, including but not limited to telling Mr. Breece that he was "getting old," and that it wanted to implement new ideas from younger employees.

8. The effect of the practices complained of in Paragraph 7 above has been to deprive Mr. Breece of equal employment opportunities and otherwise adversely affect his status as an employee, because of his age.

9. The unlawful employment practices complained of in Paragraph 7 were and are intentional.

10. The unlawful employment practices complained of in Paragraphs 7 above were done with malice or with reckless indifference to the federally protected rights of Mr. Breece.

**PRAYER FOR RELIEF**

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Lehi Roller Mills, its officers, successors, assigns, and all persons in active concert or participation with them from engaging in age discrimination.

B. Order Defendant to institute and carry out policies, practices, and programs, which provide equal employment opportunities for individuals ages 40 and older, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to pay appropriate back wages in an amount to be determined at trial, an equal sum as liquidated damages, and prejudgment interest to Mr. Breece, whose wages are being unlawfully withheld as a result of the acts complained of in Paragraph 7 above.

D. Order Defendant to make whole Mr. Breece by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to rightful-place reinstatement or, alternatively, front pay.

E. Grant such further relief as the Court deems necessary and proper in the public interest.

F. Award the Commission its costs of this action.

**JURY TRIAL DEMAND**

The Commission requests a jury trial on all questions of fact raised by its complaint.

RESPECTFULLY SUBMITTED this 30th day of August, 2007.

BRETT L. TOLMAN
United States Attorney

JEANNETTE F. SWENT
Assistant United States Attorney
Associated Local Counsel for Plaintiff

Ronald S. Cooper
General Counsel
James L. Lee
Deputy General Counsel
Gwendolyn Young Reams
Associate General Counsel
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1801 L Street, N.W.
Washington, D.C. 20507

s/ Mary Jo O'Neill
Mary Jo O'Neill
Regional Attorney

s/Sally C. Shanley
Sally C. Shanley
Supervisory Trial Attorney

s/Michelle T. Deutsch
Michelle T. Deutsch
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Phoenix District Office
3300 N. Central Ave., Suite 690
Phoenix, Arizona 85012

Attorneys for Plaintiff